724

## Clugston, Appellant, *v.* E. H. Staples Construction Co.

Argued December 17, 1965. *James R. Marsh,* for appellant; *E. C. Marianelli,* for appellee.

Order affirmed.

FLOOD, J., absent.

## Cohen et al., Appellants, *v.* Bucks County Board of Assessment.

Argued December 17, 1965. *Ward F. Clark,* for appellants; *Samuel S. Gray, Jr.,* County Solicitor, for board, appellee.

Orders affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Benjamin, Appellant, *v.* Myers.

Submitted December 13, 1965. *Roosevelt Benjamin,* appellant, in propria persona; *Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.